**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**SEP 11 2003**

**PATRICK FISHER**
**Clerk**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

C. ELI-JAH HAKEEM
MUHAMMAD,

        Petitioner-Appellant,

    v.

R.A. HOOD, ADX-Warden,

        Respondent-Appellee.

No. 03-1217
District of Colorado
(D.C. No. 03-Z-650)

**ORDER AND JUDGMENT** [*]

Before **TACHA** , Chief Judge, **McKAY** and **McCONNELL** , Circuit Judges.

After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). This case is therefore submitted without oral argument.

Petitioner C. Eli-Jah Hakeem Muhammad, a prisoner appearing pro se, appeals the dismissal of his habeas corpus action challenging a prison disciplinary

---

[*]This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

conviction. He contends that the prison disciplinary proceeding violated his substantive and procedural due process rights, as well as various Bureau of Prison program statements. The district court dismissed. We review the case de novo, construing petitioner's claims liberally on account of his lack of legal counsel.

The district court reviewed each of petitioner's claims, and stated and applied the correct legal standards. See *Wolff v. McDonnell*, 418 U.S. 539, 563-66 (1974); *Superintendent v. Hill*, 472 U.S. 445, 454 (1985). We have reviewed petitioner's arguments and record submissions on appeal, and affirm for the reasons stated by the district court.

Petitioner's motion for leave to proceed without prepayment of costs or fees is GRANTED, and the judgment of the district court is AFFIRMED.


Entered for the Court


Michael W. McConnell
Circuit Judge